# Court of Appeals
# of the State of Georgia

ATLANTA,  October 15, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0043.  JUDD HOBDY v. BRIAN OWENS, COMMISSIONER OF THE GEORGIA DEPARTMENT OF CORRECTIONS.**

Prisoner Judd Hobdy filed a "Motion for Emergency Injunction," asking the superior court to direct the Department of Corrections to give him credit for the time he spent on house arrest while he was out on bond.  After the superior court dismissed his petition, Hobdy filed this application for discretionary appeal.

Jurisdiction over Hobdy's application appears to lie in the Supreme Court. Although Hobdy styled his pleading as a "Motion for Emergency Injunction," it may be most accurately construed as a petition for mandamus relief.  See OCGA § 9-6-20 (a writ of mandamus may issue to compel a public officer to perform official duty to which the petitioner has a legal right); *Bland Farms, LLC v. Georgia Department of Agriculture*, 281 Ga. 192, 193 (637 SE2d 37) (2006) ("Mandamus is an extraordinary remedy to compel a public officer to perform a required duty when there is no other adequate legal remedy.") (Punctuation and citation omitted).  Appellate jurisdiction over mandamus cases lies in the Supreme Court.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264, 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'").  Moreover, it is well-settled that the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court. See *Saxton v. Coastal Dialysis & Medical Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996).  This application is therefore TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 10/15/2013

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*